IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20957
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID PICENA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-104-7
--------------------
October 25, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

David Picena appeals the sentence following his conviction
for one count of conspiring to transport aliens, a violation of
18 U.S.C. § 371.  He argues that the district court erred in
declining to grant him a downward adjustment based on his minor
role in the conspiracy.  The district court did not err in
determining that Picena was not entitled to this adjustment.  See
United States v. Zuniga, 18 F.3d 1254, 1261 (5th Cir. 1994);
United States v. Devine, 934 F.2d 1325, 1340 (5th Cir. 1991).
The judgment of the district court is AFFIRMED.

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.